ALEXANDER SCHWARTZ, PLAINTIFF-PETITIONER, v. STEPHEN ZULKA, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Herbert Winokur* and *Messrs. Levy, Lemken & Margulies* for the petitioner.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for the respondents.

January 15, 1962. Granted.

MILDRED E. MOORE, *ET AL.*, PLAINTIFFS-PETITIONERS, v. RICE & HOLMAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Brown, Connery, Kulp & Wille* and *Mr. George F. Kugler, Jr.,* for the petitioners.

*Messrs. Parker, McCay & Criscuolo* for the respondents.

January 15, 1962. Denied.